No. 2:26-CV-2834-RMG-MHC

IN THE

SUPREME COURT OF THE UNITED STATES

Moses Beaufort — PETITIONER
(Your Name)

vs.

Ralph H. Johnson — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

Office of the Clerk, Supreme court of the United States; Washington, DC 20543-0001

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

Moses Beaufort
(Your Name)

817 Alohso Lane
(Address)

Huger, SC 29450
(City, State, Zip Code)

843 693-1214
(Phone Number)

## LIST OF PARTIES

A list of all parties to the proceeding in the court whose judgment is the subject of this petition is provided below.   If a party is a corporation with a stock ticker symbol, that symbol is also included.

## RELATED CASES

Court Filing dates


Department of Veterans Affairs                     09/30/2016

Office of Regional Counsel

1700 Clairmont Road

Decatur, GA 30033-4032


US Department of Veterans Affairs                  2017

Torts Law Group (021)

810 Vermont Avenue, NW

Washington, DC 20420


United States District Court                       2018 and 2019

85 Broad Street

Charleston, SC 29401


U S Court of Appeals                               2020

For the Fourth Circuit

Richmond, VA 23219


Office of the Clerk                                2026

Supreme Court of the United States

Washington, DC 20543

# TABLE OF CONTENTS

OPINIONS BELOW.................................................................................. 1

JURISDICTION......................................................................................

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED ..............................

STATEMENT OF THE CASE ..................................................................

REASONS FOR GRANTING THE WRIT .......................................................

CONCLUSION......................................................................................

# INDEX TO APPENDICES

APPENDIX A

APPENDIX B

APPENDIX C

APPENDIX D

APPENDIX E

APPENDIX F

# Opinions Below

**APPENDIX A**-The opinion of the United States Court of Appeals for the Fourth Circuit, entered on June 18, 2020, is unpublished and appears in Appendix to this Petition at App. A.

The order of the United States District Court for the District of South Carolina, entered June 16, 2020, is unpublished and appears in the Appendix to this petition at App. B.

**Appendix B**-Jurisdiction Malpractice Lawsuit Statue of Limitation-Malpractice lawsuit for the removal of my left floating rib without my consent by Dr Kelly E Doyle. During recovery, she came to the foot of my bed and stated that she had to remove my left floating rib; at time I thought I was dreaming. I don't recall making any statements to her about what she said, my wife wasn't present at the time. My wife wasn't present when Dr Doyle made that statement; she left outlet my parents know my surgery went well. When my spouse returned, I didn't mention what she said because it seemed unrealistic, because I was still highly sedated. I was always advised not to make any legal decisions at least 24 hours after anesthesia. I've seen numerous neurologists since surgery, for six-month check-ups and up to one-year check-up after my surgery.

I'm suffering from back injuries during my military career, and lots of pain. At this present time, I'm on various medications for pain control. The neurologist (Paul A Walck, PA), I explained to him I was experiencing a lot of pain in my kidney area (left side). He then informed me that the pain was probably due to my prior kidney surgery, and the removal of my left floating rib. I was very shocked and hurt to know that I put my trust in Doctor Doyle, that she didn't inform my wife that she had removed my left floating rib. It seems like the VA Attorneys, doctors, and hospitals staff want to discredit my integrity; and stated that I was advised that my rib (if needed) may be removed during surgery. If I was advised of this decision about my ribs, I wouldn't ever agree with it. I went to the medical

records department and got a copy of my surgical notes; there was no mention of my ribs being removed. The doctors, attorneys, want to make a joke of the situation, saying I was born with my left rib, shorter than my right. In my opinion, they're trying to cover up their wrong. I had x-rays of my back prior to surgery, that will prove that my ribs were intact. The VA attorney stated that I should drop this case, if not I will not receive any favorable actions from Ralph H Johnson VA Medical Center. My wife accompanied me to the mediation, and she heard him make that statement.

It was stated that the Statue of Limitation had expired, but when I found out, my left rib was removed. I was granted a new Statue of Limitation, that begins at the time the rib was removed. I just want to thank you for a re-evaluation of my case.

**Appendix C**-Constitutional and Statutory provisions involved-Due to the fact I was under anesthesia when the surgeon informed me of my floating ribs removal (Dr Doyle), I was under anesthesia and very vulnerable. My wife should have been informed. I would have never known if Paul A Walck (PA), hadn't stated it during my evaluation. Upon completion of my examination, I proceeded to the medical records department to retrieve a copy of my surgical report, again there was no mention of a left floating rib being removed. I sense a cover up!

**Appendix D**-This case involves me asking for another higher ruling, determining whether the VA is at fault, without notifying my legal representative (my wife) about the decision. She was a bit unhappy about the outcome and thought she should have been notified when the decision was made, about my floating rib removal during surgery and afterwards. Prior planning could have prevented the removal of my left rib during surgery.

**Appendix E**-Reasons for granting the writ-Due to unforeseen circumstances, I couldn't obtain a lawyer to take my case, because of time frame, and statue of limitations. With that being said, me and my wife tried our best to read and see

what we can understand and proceed in this case without any attorney experiences. I think we have come a long way, yet so far. I'm still experiencing pain, doctors stated I'll probably have pain for the rest of my life. The pain will be from L5 to L2 fusion and removal of my left floating rib.

**Appendix F**-For all the appendixes and explanations stated, for the foregoing reasons; "the petition for a writ of certiorari should be granted."

**TABLE OF AUTHORITIES CITED**

CASES                                                              PAGE NUMBER

STATUTES AND RULES

OTHER

# Table of Authorities Cited

**Cases**                          **Page Numbers**

**Department of VA Affairs**       1gclaws#285170 (September 30, 2016)

**Office of Chief Counsel**

**Department of VA**               021B:GCL:285170 (March 17, 2017)

**Office of the General Counsel**

**US District Court**              2:18-cv-01569(August 14, 2018)

**US District Court**              2:18-cv-01569-RMG (February 20, 2019)

**US Dept of Justice**             2:18-cv-01569-RMG (March 30, 2019)

**Clerk's of U.S.**                2:18-cv-01569 (January 07, 2020)

**Court of Appeals**

**Office of the Clerk**            USCA4 No.20-1028 (April 15, 2026)

**Supreme Court of the US**

**Other**                          NA

Statues and Rules

**United States Supreme Court**

Review by the U.S. Supreme Court is governed by federal statues and strict and strict procedural rules.

. **The Statues**: Found in **28 U.S.C. Section 1254** (28 U.S.C. 1254) for Courts of Appeals cases and **28 U.S.C. Section 1257** for state court decisions.

. **The Rules: Supreme Court Rule 10** (Supreme Court Rules) outlines compelling reasons for granting the writ (e.g., resolving splits between circuit courts or deciding an unsettled federal question).

. **Filing Deadline:** Petitions must be filed within **90 days** of the entry of judgement.

. **The Rule of Four:** At least four of the nine Justices must agree to hear the case.

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

**OPINIONS BELOW**

[ ] For cases from **federal courts**:

The opinion of the United States court of appeals appears at Appendix _A_ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[✓] is unpublished.

The opinion of the United States district court appears at Appendix _B_ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[✓] is unpublished.

[ ] For cases from **state courts**:

The opinion of the highest state court to review the merits appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the _____ court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

1.

## JURISDICTION

[ ] For cases from **federal courts**:

The date on which the United States Court of Appeals decided my case was ___June  18  2020___.

[ ] No petition for rehearing was timely filed in my case.

[ ] A timely petition for rehearing was denied by the United States Court of Appeals on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

[✓] An extension of time to file the petition for a writ of certiorari was granted to and including _June 18, 2020_ (date) on _June 18, 2020_ (date) in Application No. ___A20-2018_.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).

[ ] For cases from **state courts**:

The date on which the highest state court decided my case was _____. A copy of that decision appears at Appendix _____.

[ ] A timely petition for rehearing was thereafter denied on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___A_____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

# Constitutional And Statutory Provisions Involved

Cases in the courts of appeals may be viewed by the Supreme Court by the following methods:

(1) By writ of certiorari granted upon the petition of any party to any civil or criminal case, before or after rendition of judgement to decree;

(2) By certification at any time by a court of appeals of any question of law in any civil or criminal case as to which instructions are desired, and upon such certification the Supreme Court may give binding instructions or require the entire record to be sent up for decision of the entire matter in controversy.

(June 25, 1948, ch. 646, 62 Stat. 928; Pub. L. 100-352, 2(a), (b), June 27, 1988, 102 Stat.662.)

## STATEMENT OF THE CASE

Statement of the Case

Court Filing Dates

.Procedural History:

Department of Veterans Affairs          2016          Denied

Office of Regional Counsel

1700 Clairmont Road

Decatur, GA 30033-4032


US Department of Veterans Affair        2017          Denied

Torts Law Group (021)

810 Vermont Avenue, NW

Washington, DC 20420


United States District Court        2018 & 2019        Denied

85 Broad Street

Charleston, SC 29401


US Court of Appeals                  2020          Writ of Certiorari

For the Fourth Circuit

Richmond, VA 23219


Office of the Clerk                  2026          Writ of Certiorari

Supreme Court of the United States

Washington, DC 20543

Factual Background: In this case, I was informed that the Statue of Limitations had expired. Upon finding out in 2020, I was granted a new statue of limitations. I was informed by Paul Walck, PA that my floating left rib was removed during kidney surgery. This is where I'm at now but still having problems attaining a lawyer or attorney to take my case, so unfortunately me and my wife is doing our best to accomplish this difficult task without any experience.

**REASONS FOR GRANTING THE PETITION**

Reason for Granting the Petition

I am requesting that I be granted this writ of certiorari, I have been denied several times by various courts system. During the later part of 2019, I sent my paperwork to Virginia, and it stay in the system for over five years. I didn't check to see what phase it was at, because I know Covid had hindered a lot of cases. I didn't think it would sit somewhere for over five years, without someone contacting me and letting me know, my paperwork should be filed with the Supreme Court.

## QUESTION(S) PRESENTED

## Questions Presented

I'm requesting the higher courts to review my medical records, showing that my statue of limitations hasn't expired. The timing I found about my case (rib removal) my statute of limitations should have started then. During a routine follow-up appointment with Paul Walck PA, he informed me of my left floating rib removal. Therefore, I want the court to investigate the removal of my left floating rib without consent. In, my opinion I think this case is being covered up. The reason I think it's a cover up is because of mistakes made, I wasn't informed about my ribs being removed if complications during surgery. If so, I wouldn't consent to surgery to remove my ribs. My wife wasn't informed of what's went on during surgery or after.

My right kidney surgery was done ten years later, but they did not have any complications with removing my right floating ribs to get to my kidney. My question to Dr Doyle will be; why wasn't me or my wife informed (even 24 hours after surgery would have been better than nothing at all)?

## CONCLUSION

The petition for a writ of certiorari should be granted.


Respectfully submitted,

Date: 14 July 2026